United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 03-41552
Conference Calendar

---

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CONRADO PULIDO,
also known as Junior,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-02-CR-36-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Conrado Pulido pleaded guilty to aiding and abetting in the distribution of less than 500 grams of cocaine. He appeals the 120-month term of imprisonment imposed, arguing that the district court clearly erred in adjusting his offense level for his leadership role in the offense.

Pulido withdrew his objection to the adjustment for his leadership role in the offense at the sentencing hearing. Pulido has thus waived any challenge to the adjustment made based

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on his role in the offense, and his argument is not reviewable on appeal.  See United States v. Musquiz, 45 F.3d 927, 931 (5th Cir. 1995); United States v. Olano, 507 U.S. 725, 733 (1993).

AFFIRMED.